

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MATTHEW L. STREATER,

    Plaintiff,

v.                                                        Case No. 09-13092

POPULAR MORTGAGE SERVICING, INC., et al.,

    Defendants.
                                           /

## ORDER OF DISMISSAL WITH PREJUDICE

Upon the stipulation of the parties and the parties' representation through their respective counsels that they have reached a settlement agreement set forth in a "Loan Modification Agreement" which is hereby incorporated by reference; and the court being otherwise fully advised in the premises:

IT IS ORDERED that this case is dismissed with prejudice as to all Defendants and without costs to any party.

                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: December 2, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 2, 2009, by electronic and/or ordinary mail.

                                              S/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____/

**MATTHEW L. STREATER**
    *Plaintiff,*

                                      Case No. 09-13092
                                      Hon. Robert H. Cleland

v.

**POPULAR MORTGAGE SERVICING, INC.** )
a foreign corporation, **LITTON LOAN** )
**SERVICING LP**, a Texas debt collection )
agency, **PEOPLE'S CHOICE HOME LOAN,** )
**INC.**, a California corporation (Bankrupt corporation )
whose legal status is not currently known), )
**EQUITY ONE, INC**, a foreign corporation, )
**MORTGAGE ELECTRONIC REGISTRATION** )
**SYSTEMS INC**, a Virginia corporation )
**HSBC BANK USA**, a National Association )

    *Defendants,*
    *Jointly and severally*

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Upon the stipulation of the parties and the parties' representation through their respective counsels that they have reached a settlement agreement set forth in a "Loan Modification Agreement" which is hereby incorporated by reference; and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice as to all Defendants and without costs to any party.

Stipulated to and Approved as to Form and content by:

/s/ guy sohou
_____
Guy Sohou P-67842
Attorney for Plaintiff

Date: Monday, November 30, 2009

/s/ Eric s. Rosenthal
_____
Eric S. Rosenthal (P24816)
Attorney for Defendant Equity One

Date: Monday, November 30, 2009

/s/ Matthew B. Theunick
_____
Matthew B. Theunick (P65014)
Attorneys for Defendants Litton Loan Servicing LP
Mortgage Electronic Registration Systems, Inc.
and HSBC Bank USA

Date: Monday, November 30, 2009